## Carl PATTON v. STATE.
### No. 20291.

Court of Criminal Appeals of Texas.
March 8, 1939.

Sam Aldridge, of Farwell, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is theft; the punishment, confinement in the penitentiary for three years.

Upon the written request of appellant, duly verified by his affidavit, the appeal is dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

## Columbus WILLIAMS v. STATE.
### No. 20414.

Court of Criminal Appeals of Texas.
March 15, 1939.

Aldridge & Aldridge, of Farwell, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge:

The offense is murder; the punishment, confinement in the penitentiary for two years.

Upon the written request of appellant, duly verified by his affidavit, the appeal is dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

## Julio GONZALEZ, Appellant, v. IVORY BLACK CAB COMPANY, Appellee.
### No. 10495.

Court of Civil Appeals of Texas.
San Antonio.
March 8, 1939.

D. A. Fraser and Chas. T. Haltom, both of San Antonio, for appellant.

Randle Taylor, of San Antonio, for appellee.

PER CURIAM.

Affirmed without written opinion, Associated Indemnity Corporation et al. v. Gatling, Tex.Civ.App., 75 S.W.2d 294.